Name and address
Judith B. Gitterman (SBN 115661)
PERKINS COIE LLP
1620 26th Street, Suite 600 South Tower
Santa Monica, CA 90404
Tel: 310-788-9900; Fax: 310-788-3399
JGitterman@perkinscoie.com



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Craig E. Kleffman, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV07-2406 GAF (JWJx) |
| v. | |
| Vonage Holdings Corp., Vonage America, Inc. and Vonage Marketing, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court having reviewed the accompanying Application of __Rebecca S. Engrav__,
                                                                *Applicant's Name*
of __Perkins Coie LLP__ for permission to appear and participate in the above-entitled
   *Firm Name*

action on behalf of [ ] Plaintiff [x] Defendant __Vonage Holdings Corp., Vonage America Inc.__
                                                                     and Vonage Marketing Inc.

and the designation of __Judith B. Gitterman__ of __Perkins Coie LLP__
                       *Local Counsel Designee*      *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

[X] GRANTED

[ ] DENIED. Fee, if paid, shall be returned by the Clerk.

Dated April 22, 2007

U.S. District Judge/U.S. Magistrate Judge