Name and address
Steve W. Berman (WSBA # 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Ave., Suite 2900
Seattle, WA 98101

FILED
CLERK, U.S DISTRICT COURT
MAY - 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Craig E. Kleffman | Plaintiff(s) | CASE NUMBER<br><br>CV 07-2406 GAF (JWJx) |
| v. | | |
| Vonage Holdings Corp, et al | Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of **Steve W. Berman**,
*Applicant's Name*

of **Hagens Berman Sobol Shapiro LLP** for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff   ☐ Defendant   **Craig E. Kleffman**

and the designation of **Elaine T. Byszewski** of **Hagens Berman Sobol Shapiro LLP**
*Local Counsel Designee*                              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  **5/8/07**

U.S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
MAY 10 2007
BY _____ 002

ORIGINAL
10

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.co

## DECLARATION OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 700 South Flower Street, Suite 2940, Los Angeles, California 90017-4101.

On May 7, 2007, I served the foregoing document(s) described as **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on all interested parties in this action.

[X]  **BY MAIL**

By placing a true copy thereof enclosed in seal envelopes address as follows: **See Attached Service List.** That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[X]  **BY EMAIL**

I caused the above listed documents to be served by E-MAIL from Kalyn Baker to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May 2007, at Los Angeles, California.

_____
KALYN BAKER

## SERVICE LIST

### CRAIG KLEFFMAN, ET AL. V. VONAGE HOLDING CORPORATION, ET AL.

LOS ANGELES SUPERIOR COURT
CENTRAL DISTRICT
CASE NO. BC367165

### ATTORNEYS FOR PLAINTIFF

Elaine T. Byszewski
**HAGENS BERMAN SOBOL SHAPIRO LLP**
700 S. Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Elaine@hbsslaw.com

*Via Email*

Reed Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**
425 2nd Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
Reed@hbsslaw.com

*Via Email*

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Steve@hbsslaw.com

*Via Email*

### ATTORNEYS FOR DEFENDANTS

Elizabeth L. McDougall
Rebecca S. Engrav
**PERKINS COIE**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
EMcDougall@perkinscoie.com
REngrav@perkinscoie.com

*Via U.S. Mail & & Email*

Judy Gitterman
**PERKINS COIE**
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
JGitterman@perkinscoie.com

*Via U.S. Mail & Email*

001948-11 162718 V1