LINK: 14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2406 GAF (JWJx) | Date | May 17, 2007 |
|---|---|---|---|
| Title | Kleffman v. Vonage Holdings Corp., et al. | | |

| Present: The Honorable | GARY ALLEN FEESS | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

### ORDER VACATING HEARING

The Court has received Defendants' motion to dismiss and concludes that the matter may be resolved without the argument of counsel. Accordingly, the hearing on this matter, previously scheduled for Monday, May 21, 2007, is hereby **VACATED**. Fed. R. Civ. P. 78; L.R. 7-15.

IT IS SO ORDERED.

