# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2406 GAF (JWJx) | Date | June 26, 2007 |
|---|---|---|---|
| Title | Kleffman v. Vonage Holdings Corp., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Marilynn Morris | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None                                         None

**Proceedings:**     (In Chambers)

### ORDER CONTINUING HEARING

The Court has received Plaintiff's motion for leave to amend, and concludes that judicial economy will be best served by hearing the matter at the same time as Defendants' motion for attorney's fees. Accordingly, the hearing on the motion for leave to amend, previously scheduled for Monday, July 2, 2007, is hereby **CONTINUED** to **Monday, July 9, 2007** at **9:30 a.m.**

IT IS SO ORDERED.

