| | |
|---|---|
| 1 | Judith B. Gitterman, Bar No. 115661 |
| | JGitterman@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 1620 26th Street |
| 3 | Sixth Floor, South Tower |
| | Santa Monica, CA 90404-4013 |
| 4 | Telephone: 310.788.9900 |
| | Facsimile: 310.788.3399 |
| 5 | |
| 6 | Elizabeth L. McDougall, *pro hac vice* |
| | EMcDougall@perkinscoie.com |
| 7 | Rebecca S. Engrav, *pro hac vice* |
| | REngrav@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 9 | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |

ORIGINAL

FILED CLERK, U S DISTRICT COURT
JUL 1 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

Attorneys for Defendants
VONAGE HOLDINGS CORP.,
VONAGE AMERICA INC.,
and VONAGE MARKETING INC.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG E. KLEFFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., a New Jersey corporation, VONAGE AMERICA, INC., a wholly owned subsidiary, and VONAGE MARKETING, INC., a wholly owned subsidiary,<br><br>Defendants. | No. CV 07 2406 GAF (JWJx)<br><br>**[PROPOSED] JUDGMENT**<br><br>ENTERED<br>CLERK, U S DISTRICT COURT<br>JUL 1 3 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                    DEPUTY |

This action came on for hearing before the Court, the Honorable Gary A. Feess, United States District Judge, Presiding, on May 21, 2007, on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and on July 9, 2007, on Plaintiff's Motion for Leave to Amend and Defendants' Motion for

[PROPOSED] JUDGMENT
61530-0004/LEGAL13381390.1

1  Attorneys' Fees Under CLRA § 1780(d).  The arguments presented having been
2  fully considered, the issues having been duly heard and decisions having been duly
3  rendered, IT IS ORDERED AND ADJUDGED that the plaintiff and putative
4  classes take nothing, that amendment of the complaint is futile and leave to amend
5  is therefore denied, that the action be dismissed with prejudice on the merits, and
6  that defendants recover their costs as prevailing parties in this action in the amount
7  of $_____ (to be determined by the Clerk of the Court).

9  DATED: 7/12, 2007

   The Honorable Gary A. Feess
   United States District Judge

-2-
[PROPOSED] JUDGMENT

61530-0004/LEGAL13381390.1

PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On July 9, 2007, I served a true and correct copy of **[Proposed] Judgment** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

*Attorneys for Plaintiff*
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: 206-623-7292; Fax: 206-623-0594
Steve@hbsslaw.com

*Attorneys for Plaintiff*
Reed Kathrein
Hagens Berman Sobol Shapiro LLP
425 2nd Street, Suite 500
San Francisco, CA 94107
Tel: 415-896-6300; Fax: 415-896-6301
Reed@hbsslaw.com

*Attorneys for Plaintiff*
Elaine T. Byszewski, Esq.
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Tel: 213-330-7150; Fax: 213-330-7152
Elaine@hbsslaw.com

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

-3-
[PROPOSED] JUDGMENT

61530-0004/LEGAL13381390.1

1  I declare under penalty of perjury under the laws of the State of California
2  and of the United States of America that the foregoing is true and correct; that I am
3  employed in the office of a member of the Bar of this Court at whose direction this
4  service was made; and that this Proof of Service was executed on July 9, 2007, at
5  Santa Monica, California.

*Helen E. Mays* (signature)
Helen E. Mays

[PROPOSED] JUDGMENT
61530-0004/LEGAL13381390.1