# UNITED STATES DISTRICT COURT
## Central District of California

**BILL OF COSTS**

Craig E. Kleffman, individually and on
behalf of all others similarly situated

V.

Vonage Holdings Corp., Vonage America,
Inc. and Vonage Marketing, Inc.

Case Number: CV 07 2406 GAF (JWJx)

Judgment having been entered in the above entitled action on __7/13/07__ against __Craig E. Kleffman__,
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 350 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 86 |
| Fees for witnesses (itemize on page 2 of 3) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | |
| **TOTAL $** | **436** |

FILED CLERK, U.S. DISTRICT COURT
AUG 2 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

DOCKETED ON CM
AUG - 2 2007

JUL 16 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Hagens Berman Sobol Shapiro LLP (see proof of service filed concurrently herewith)

Signature of Attorney

Judith B. Gitterman
Name of Attorney

For: Vonage Holdings Corp., Vonage America Inc., and Vonage Marketing Inc.
Name of Claiming Party

Date: July 16, 2007

UNOPPOSED

Costs are taxed in the amount of $436.— and included in the judgment.

SHERRI R. CARTER        By: Robert H Bolton        8/2/07
Clerk of Court              Deputy Clerk                    Date
                            ROBERT H BOLTON

CV-59 (12/03)    BILL OF COSTS    Page 1 of 3
                                  CCD-CV59

```
         CLERK'S OFFICE U.S.D.C.
              LOS ANGELES
    4/11/2007 2:32:13 PM  Receipt #: 94972
          Cashier : XPONCE [LA 1-1]
    Paid by: LA DEPOSITIONS INC.
    2:CV07-02406
    2007-086900    5 - Civil Filing Fee(1)
    Amount :                       $60.00

    2:CV07-02406
    2007-518000    11 - Special Fund F/F(1)
    Amount :                      $190.00

    2:CV07-02406
    2007-086400    Filing Fee - Special(1)
    Amount :                      $100.00
    ─────────────────────────────────────
    Check Payment : 28981 /        350.00
    ─────────────────────────────────────
    Total Payment :                350.00

    (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

EXHIBIT A

2

| DOCUMENT | FILE DATE | NUMBER OF EXHIBIT PAGES ONLY |
|---|---|---|
| Declaration of Elizabeth McDougall in Support of Defendants' Motion for Attorney Fees Under 1780(d) | 6/6/07 | 40 |
| Declaration of Vito Carnevale in Support of Defendants' Motion for Attorney Fees Under 1780(d) | 6/6/07 | 4 |
| Memorandum of Points and Authorities in Support of Defendants' Motion for Attorney Fees Under 1780(d) | 6/6/07 | 4 |
| Supplemental Authority in Support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 5/16/07 | 25 |
| Proof of Service of Defendants' Notice to Adverse Party of Removal of Action to Federal Court | 4/18/07 | 12 |
| Defendants' Notice of Removal to Federal Court | 4/11/07 | 86 |
| | TOTAL | 171 @10 cents ea = $17.10 x 5 = $85.50 |

EXHIBIT B

3

61530-0004/LEGAL13396751.1