Craig E Kleffman v. Vonage Holdings Corp et al                                      Doc. 4

FILED
CLERK, U S  DISTRICT COURT

AUG 1 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Craig E Kleffman | CASE NUMBER |
| | 2:07-cv-02406-GAF-JWJ |
| PLAINTIFF(S), | |
| v. | |
| Vonage Holdings Corp et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO   U S. District Judge(s)
     U. S. Magistrate Judge(s)
     Counsel of Record

You are hereby notified that due to a clerical error ☑ documents associated with the filing of the new action ☑ the following scanned document ☑ docket entry  have/has been corrected as indicated below

Title of Scanned Document: __CERTIFICATE OF RECORD__

Filed Date. __8/13/2007_____   Document Number· __None__

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected  The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

     ☐ Judge ☐ Magistrate Judge _____   The initials of the new judge(s) are _____

☐   Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division  The former case number _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document  The correct date is _____

☐   Document is missing page number(s) _____

☐   To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials _____

☑   Other  No Item Control on document


Date  __8/13/07_____

CLERK, U S DISTRICT COURT

DOCKETED ON CM

By _____
   Deputy Clerk   C REYES
                  AUG 1 3 2007
                  BY _____ 181

_cc  Intake Supervisor / Deputy In Charge_

G-11 (06/05)                          NOTICE OF CLERICAL ERROR

Dockets.Justia.co