Craig E Kleffman v. Vonage Holdings Corp et al                                                            Doc. 51

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Kleffman v Vonage Holdings Corp et al
Court of Appeals No (leave blank if unassigned) 07-56171
U.S. District Court, Division & Judge Name Central California, L A, Hon. Gary A. Feess
Criminal and/or Civil Case No 2 07-cv-02406-GAF-JWJ
Date Complaint/Indictment/Petition Filed: 04/11/2007
Date Appealed order/judgment entered: 7/13/07
Date NOA filed: 8/10/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/10/07              Date Docket Fee Billed: _____
Date FP granted: _____                    Date FP denied: _____
Is FP pending? ☐ yes ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                          Appellee Counsel:
Elaine T Byszewski                          Elizabeth L McDougall
700 South Flower Street, Suite 2940         Perkins Cole
Los Angeles, CA 90017-4101                  1201 Third Avenue, Suite 4800
213-330-7150                                Seattle, WA 98101-3099
Email: elaine@hbsslaw com                   206-359-6365
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____                         Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                      9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C. REYES
                                                    213 894-3570

A-8 (08/02) (CA9-014)           NOTICE OF APPEAL NOTIFICATION FORM

51

Receipt information:
6/10/2007 10:22:56 AM  Receipt #: 30713
Cashier: ENHRADA CLA I-1J
Paid by: ACE MESSENGER
2:CV07-02406
2007-606500   Appeals Filing Fees(1)
Amount: $105.00

2:CV07-02406
2007-510000 Judicial Services $150.00 (1)
Amount: $150.00

2:CV07-02406
2007-606400 Appeals Filing Fee - Special
Amount: $200.00

Check Payment: 5024    455.00
Total Payment:         455.00

(= NO REFUNDS WITHOUT WRITTEN ORDER)

Dockets.Justia.com