UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vonage Holdings Corp et al, <br><br> Defendant-Appellant, <br><br> v <br><br> Craig E Kleffman, <br><br> Plaintiff-Appellee. | Court of Appeals Docket No. _____ <br><br> Docket Number(s) of Court of Appeals Companion and/or Cross Appeals (if known) _____ <br><br> District Court Docket No. 2:07-cv-02406-GAF-JWJ <br><br> Date Transcript(s) Filed NONE REQUESTED |

FILED
CLERK, U S DISTRICT COURT
AUG 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### CERTIFICATE OF RECORD

In accordance with Rule 11-2 of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit, YOU ARE HEREBY NOTIFIED that all documents which comprise the Clerk's Record on Appeal (pleadings, exhibits, and other papers filed and the reporter's transcript(s), if any, are available to parties in the District Court Clerk's Office   Please be advised that the Clerk's Record is held in the Clerk's Office of the division of the District Court in which the case was filed.  All cases filed in Los Angeles (Western Division) are located in Room G-8 at 312 N. Spring Street, Los Angeles, CA, 90012; cases filed in Riverside (Eastern Division) are located in Room 134, 3470 Twelfth Street, Riverside, CA 92501; and cases filed in Santa Ana (Southern Division) are located in Room 1053 at the Ronald Reagan Federal Bldg. and U.S Courthouse, 411 W Fourth St., Santa Ana, CA 92701.

The briefing schedule, which has already been set by the U.S. Court of Appeals Time Schedule Order, remains in effect   If you have not been informed of the dates for filing briefs, you must immediately contact the U S. Court of Appeals at 95 Seventh Street, San Francisco, CA, 94119-3939.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.
DATED: 8/24/07
DEPUTY CLERK

CLERK, U. S. DISTRICT COURT

8/24/07
Date

By  C. REYES
Deputy Clerk

*NOTE  The case number includes the designation of the division it is filed in*
*CV / CR designates cases filed in Los Angeles (Western Division),*
*SACV / SACR designates cases filed in Santa Ana (Southern Division), and*
*EDCV / EDCR designates cases filed in Riverside (Eastern Division)*

DOCKETED ON CM
AUG 24 2007
BY _____ 181

cc. Counsel of Record

A-3 (6/01)                              CERTIFICATE OF RECORD  - USDC

53