UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Vonage Holdings Corp et al v Kleffman
Court of Appeals No. (leave blank if unassigned) 07-56792
U.S. District Court, Division & Judge Name Central California, L.A. Hon. Gary A. Feess
Criminal and/or Civil Case No. 2:07-cv-02406-GAF-JWJ
Date Complaint/Indictment/Petition Filed: 04/11/2007
Date Appealed order/judgment *entered*: 7/13/07
Date NOA *filed*: 8/23/07
Date(s) of Indictment _____  Plea Hearing _____  Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/23/07                Date Docket Fee Billed: _____
Date FP granted: _____                    Date FP denied: _____
Is FP pending? ☐ yes ☐ no                   Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: #07-56791 (XAP)

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                          Appellee Counsel:

Elizabeth L McDougall   Perkins Coie        Elaine T Byszewski   Hagens Berman Sobol Shapiro
1201 Third Avenue, Suite 4800               700 South Flower Street, Suite 2940
Seattle, WA 98101-3099                      Los Angeles, CA 90017-4101
206-359-6365                                213-330-7150
Email: emcdougall@perkinscoie.com           Email: elaine@hbsslaw.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____  *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____                        Address.
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                     9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C. REYES
                                                    213 894-3570

A-8 (08/02) (CA9-014)          NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com